[Civil No. 434.]

LOTTIE WEINMAN, Appellant, v. DANIEL MURPHY et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

C. F. Ainsworth, and J. M. Burnett, for Appellant.

Barnes & Martin, for Appellees.

July 13, 1895. Reversed.

---

[Civil No. 478.]

JESUS MIRANDA, Administrator et al., Appellants, v. CHARLES GOLDMAN and LEO GOLDMAN, Co-partners under the firm name of Goldman & Co., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

Cox & Street, Dameron & Crenshaw, and J. B. Woodward, for Appellants.

Fitch & Campbell, for Appellees.

July 13, 1895. Affirmed.

---

[Civil No. 468.]

THE ATLANTIC AND PACIFIC RAILROAD COMPANY, Plaintiff in Error, v. THE DEFIANCE CATTLE COMPANY, Defendant in Error.

WRIT OF ERROR from the District Court of the Fourth Judicial District in and for the County of Apache. J. J. Hawkins, Judge.

C. N. Sterry, for Plaintiff in Error.

J. F. Wilson, for Defendant in Error.

July 15, 1895. Affirmed.